ACCEPTED
03-15-00083-CV
4074202
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 2:03:28 PM
JEFFREY D. KYLE
CLERK

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/9/2015 2:03:28 PM
JEFFREY D. KYLE
Clerk

February 9, 2015                                   BY ELECTRONIC FILING

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Re:     No. 03-15-00083-CV; *Craig A. Washington v. Commission for Lawyer Discipline*;
335th Judicial District Court Cause No. 29123

Dear Mr. Kyle:

Please accept this letter as a Notice of Appearance and Designation of Lead Counsel for the Commission for Lawyer Discipline in the case referenced above.

Please direct all communications concerning this matter to:

> Cynthia Canfield Hamilton, Senior Appellate Counsel
> State Bar Card No. 00790419
> Office of the Chief Disciplinary Counsel
> State Bar of Texas
> P.O. Box 12487
> Austin, Texas 78711
> chamilton@texasbar.com

If you have any questions, please feel free to contact me at (512) 427-1349.

Thank you for your assistance.

Sincerely,

/s/ Cynthia Canfield Hamilton
Cynthia Canfield Hamilton
Senior Appellate Counsel

c:      Mr. Brad Beers, Beers Law Firm, 5020 Montrose Blvd., Suite 700, Houston, TX
        77006 (Via CMRRR No. 7013 3020 0001 7272 0889)

P.O. Box 12487, Austin, Texas 78711-2487, 1.877.953.5535; 512.427.1350; Fax: 512.427.4167